**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF COUNCIL BLUFFS, IOWA, DANIEL C. LARSEN, in his individual and official capacities, and LYLE W. BROWN, in his individual and official capacities,<br><br>Defendants. | Case No. 1:07-cv-00021<br>LEAD CASE<br><br>**DEFENDANTS' MOTION FOR ORDER PERMITTING FILING UNDER SEAL** |
| COLUMBIA CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COUNCIL BLUFFS, IOWA, DANIEL C. LARSEN, LYLE W. BROWN, DAVID DAWSON, TERRY HARRINGTON, and CURTIS W. MCGHEE,<br><br>Defendants. | Case No. 1:07-cv-00024 |

COME NOW the Defendants, City of Council Bluffs, Daniel Larsen and Lyle Brown (City Defendants) and, having filed a Resistance to the Motion for Summary Judgment filed by Chicago Insurance Company, now request authorization to file relevant exhibits and pages of documents contained in the supporting documentation under seal. In support thereof, Defendants state as follows:

1. On July 19, 2011, the Court entered an Agreed Protective Order pursuant to which parties could designate documents produced or other discovery as Confidential and/or Privileged. (Clerk Docket 41).

2. Exhibit No. 14 and Exhibit No. 15 of the Appendix in Support of Defendants' Resistance to Chicago Insurance Company's Motion for Summary Judgment have been designated as "Confidential" pursuant to the Agreed Protective Order by Chicago Insurance Company.

3. Page 16 of the Un-redacted Memorandum of Law in Support of Defendants' Resistance to Chicago Insurance Company's Motion for Summary Judgment contains language from claim notes that have been designated as "Confidential" pursuant to the Agreed Protective Order by Chicago Insurance Company.

4. Pursuant to the Agreed Order (Clerk Docket No. 41), before filing with the Clerk of Court any paper containing confidential Material or Privileged Material, a party required to file the material must seek leave of this court to file the portions of the paper containing Confidential Material or Privileged Material under seal.

5. As it is necessary for the Court to review the documents and language that are the subject of the Resistance to Motion for Summary Judgment, it is necessary to obtain an Order permitting City Defendants to file the documents under seal.

WHEREFORE City of Council Bluffs, Daniel Larsen and Lyle Brown respectfully move the Court for an Order permitting them to file Exhibits 14 and 15 of their Appendix and page 16 of their Memorandum of Law submitted in resistance to the Motion for Summary Judgment of Chicago Insurance Company with the Clerk of Court under seal for review by the Court and respectfully request direction from the Court on any preferred procedure or method of submission.

HOPKINS & HUEBNER, P.C.

By /s/ Lorraine J. May
Lorraine J. May AT0005002
Thomas P. Murphy AT0005566
2700 Grand Avenue, Suite 111
Des Moines, IA 50312
Phone: (515) 244-0111
Fax: (515) 244-8935
lmay@hopkinsandhuebner.com
tmurphy@hopkinsandhuebner.com

/s/ Michael A. Sciortino
Michael A. Sciortino
City Hall
209 Pearl Street
Council Bluffs, IA 51503
Phone: (712) 328-4620
Fax: (712) 322-9255
E-mail: MASciortino@aol.com
ATTORNEYS FOR DEFENDANTS
CITY OF COUNCIL BLUFFS, IOWA,
DANIEL C. LARSEN and LYLE W. BROWN

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the 27th day of October, 2011.

By ☐ U.S. Mail ☐ Fax

☐ Hand Delivery ☒ Electronically through CM-ECF

☐ Private Carrier ☐ Other:__________________

Signature /s/ Elizabeth A. Koons

Original e-filed.

Copies to:

Debra Lynne Hulett
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: 515-283-3100
Facsimile: 515-283-8045
E-mail: dlhulett@nyemaster.com
ATTORNEY FOR PLAINTIFF CHICAGO INSURANCE COMPANY, and COLUMBIA CASUALTY COMPANY

Stephen D. Davis
Steve Davis Law, P.C.
700 Commerce Drive, Suite 500
Oak Brook, Illinois 60523
Telephone: 630-288-2451
Facsimile: 630-288-4601
Email: sdd@stevedavislaw.com
ATTORNEY FOR DEFENDANT CURTIS W.

Bethany K. Culp
333 South 7th Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434
Facsimile: 612-334-8888
E-mail: bculp@hinshawlaw.com
ATTORNEY FOR PLAINTIFF CIC

Duana Joan Grage
333 South 7th Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434
Facsimile: 612-334-8888
E-mail: dgrage@hinshawlaw.com
ATTORNEY FOR PLAINTIFF CIC

Linda J. Carwile
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604
Telephone: 312-431-3700
Facsimile: 312-431-3670
E-mail: lcarwile@karballaw.com
ATTORNEY FOR PLAINTIFF COLUMBIA CASUALTY COMPANY

Roderick T. Dunne
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604
Telephone: 312-431-3636
Facsimile: 312-431-3670
E-mail: rdunne@karballaw.com
ATTORNEY FOR PLAINTIFF COLUMBIA CASUALTY COMPANY

Mel C. Orchard, III
The Spence Law Firm, LLC
15 South Jackson Street
P.O. Box 548
Jackson, WY 83001
Telephone: 307-733-7290
Facsimile: 307-733-5248
Email: orchard@spencelawyers.com
ATTORNEYS FOR DEFENDANT TERRY HARRINGTON

MCGHEE, JR

Alan O. Olson
3116 Ingersoll Avenue
Des Moines, IA 50312-3910
Telephone: 515-271-9100
Facsimile: 515-271-8100
E-mail: aoo@olson-law.net
ATTORNEY FOR DEFENDANT CURTIS W. MCGHEE, JR.

Michael A. Sciortino
City of Council Bluffs Legal Department
209 Pearl Street
Council Bluffs, IA 51503
Telephone: 712-328-4620
Facsimile: 712-322-9255
E-mail: masciortino@aol.com
ATTORNEY FOR DEFENDANT CITY OF COUNCIL BLUFFS, DANIEL C. LARSEN, LYLE BROWN, and DAVID DAWSON

Thomas P. Frerichs
Frerichs Law Office, P.C.
751 Progress Avenue
P.O. Box 328
Waterloo, IA 50704-0328
Telephone: 319-236-7204
Facsimile: 319-236-7206
Email: tfrerichs@frerichslaw.com
ATTORNEY FOR DEFENDANT TERRY HARRINGTON

S:\LJM\10826-0001 Council Bluffs\Columbia CNA Consolidated\Pleadings\Chicago Summary Judgment\Resistance\Motion to file under seal.docx4388